740 A.2d 1140

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Lanair Travis ROBERTS, Appellee.**

Supreme Court of Pennsylvania.

Submitted May 11, 1999.

Decided Nov. 18, 1999.

Andrew G. Thiros, Pittsburgh, for Com.

Diana Stravoulakis for Lanair Travis Roberts.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

### *ORDER*

PER CURIAM:

The appeal is dismissed as having been improvidently granted.

Justice NEWMAN dissents.